IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 03-C-4774 |
| v. ) | |
| ) | Judge: Darrah |
| OBERWEIS DAIRY ) | Magistrate: Levin |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

TO: Anthony J. Crement
FRANCZEK SULLIVAN P.C.
300 S. Wacker
Suite 3400
Chicago, IL 60606

Please take notice that on April 6th, 2004, at 9:00am or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Darrah or any judge sitting in his stead in the courtroom usually occupied by him, at 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present the attached PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COUNTS THREE AND FOUR OF HER COMPLAINT.

_____
Attorney for Plaintiff

H. Candace Gorman
Catherine Caporusso
GORMAN & CAPORUSSO
542 S. Dearborn St., Suite 1060
Chicago, IL 60605
(312) 427-2313

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JANE DOE, )
)
Plaintiff, )
) No.: 03-C-4774
v. )
) Judge: Darrah
OBERWEIS DAIRY )
)
Defendants )

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COUNTS
THREE AND FOUR OF HER COMPLAINT**

Now comes the Plaintiff, Jane Doe, by and through her attorneys and asks this court to allow Plaintiff to dismiss Counts Three and Four of her complaint for the following reasons:

Counts three and four of Plaintiff's complaint assert claims for Negligent and Intentional Infliction of Emotional Distress related to the sexual assault of Plaintiff by one of her supervisors. Plaintiff who was a 16-year-old part time employee at one of the Oberweis dairy retail outlets at the time of the assault is a high school student. The supervisor is currently in prison for that sexual assault.

Plaintiff makes this request because of the intrusive line of questioning and document requests made by Oberweis, which claims it is entitled to detailed medical and psychological records because Plaintiff's lawsuit includes allegations of Negligent and Intentional Emotional Distress. Defendant also seeks to question Plaintiff regarding intimate details of the sexual assault.

23

Oberweis's requests are aimed at embarrassing and humiliating this young woman, who filed this lawsuit, in part, to ensure that Oberweis properly train and supervise the individuals who supervise the many young high school students working at it's retail stores and to protect the employees from known sexual predators. Plaintiff alleges that the supervisor was open and notorious in his harassment of female employees and that management was aware of his continuing conduct but did nothing to stop him.

For the foregoing reasons Plaintiff asks this Court to allow her to dismiss counts three and four of her complaint and for such other relief as this court deems just.

Very Truly Yours,

H. Candace Gorman

Respectfully submitted,

*H. Candace Gorman*
Attorney for Plaintiff

H. Candace Gorman
Catherine Caporusso
GORMAN & CAPORUSSO
542 S. Dearborn St., Suite 1060
Chicago, IL 60605
(312) 427-2313

Gregory X. Gorman
GORMAN & GORMAN
542 S. Dearborn, Suite 1060
Chicago, IL 60605
(312) 332-4240

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: 03-C-4774 |
| v. | ) |
| | ) Judge: Darrah |
| OBERWEIS DAIRY | ) Magistrate: Levin |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE
AND
NOTICE OF FILING**

**TO:** Anthony J. Crement
FRANCZEK SULLIVAN P.C.
300 S. Wacker
Suite 3400
Chicago, IL 60606

I certify that I filed with the Court and served a copy of PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COUNTS THREE AND FOUR OF HER COMPLAINT upon the above on this 26th day of March via FIRST CLASS MAIL.

Attorney for Plaintiff

GORMAN & CAPORUSSO
H. Candace Gorman
Catherine Caporusso
542 S. Dearborn St., Suite 1060
Chicago, IL 60605
(312) 427-2313