FILED JUL 7 - 2004

IN THE UNITED STATES DISTRICT COURT JUN 2 3 2004
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 03-C-4774 |
| v. ) | |
| ) | Judge: Darrah |
| OBERWEIS DAIRY ) | Magistrate: Levin |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:    Anthony J. Crement
       FRANCZEK SULLIVAN P.C.
       300 S. Wacker
       Suite 3400
       Chicago, IL  60606

Please take notice that on June 29th, 2004, at 9:00am or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Darrah or any judge sitting in his stead in the courtroom usually occupied by him, at 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present the attached MOTION FOR SANCTIONS AND TO REMOVE UNREDACTED DOCUMENT FROM COURT FILE.

_____
Attorney for Plaintiff

H. Candace Gorman
Catherine Caporusso
GORMAN & CAPORUSSO
542 S. Dearborn St., Suite 1060
Chicago, IL  60605
(312) 427-2313

56

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jane Doe, | ) |
|     Plaintiff, | ) |
| | ) No.: 03 C 4774 |
| v. | ) Judge: Darrah |
| Oberweis Dairy, | ) |
|     Defendant. | ) |

## MOTION FOR SANCTIONS AND TO REMOVE UNREDACTED DOCUMENTS FROM COURT FILE

NOW COMES the Plaintiff, by and through her attorneys, and asks this Court to sanction the Defendant for its repeated violations of the protective order entered in this case, and to remove unredacted documents from the court file.

On December 4th, 2003, this Court entered an order designed to protect the identity of the Plaintiff, who was a child at the time that she was criminally sexually abused by her supervisor at Oberweis. Under the protective order, the name of the Plaintiff is to be redacted from any document filed with this Court. Since the beginning of this year, the Defendant has violated this order on three separate occasions, and has not taken adequate steps to remove documents from the court file which contain the Plaintiff's name. Plaintiff has been subjected to the risk of public exposure of her name, humiliation, and emotional distress because of Defendant's disregard of the order.

In March 2004, the Defendant filed a Motion to Compel and attached six unredacted documents which contained the Plaintiff's name. (Exhibit A) On May 27th, 2004, Defendant filed an Emergency Motion for Case Management Conference which

attached an unredacted document containing the Plaintiff's name. (Exhibit B) After Plaintiff's counsel notified Defendant's counsel of the violation, Defendant took steps to correct the violation.

On June 1st, Defendant filed a Response to the Plaintiff's Motion to Certify Issue for Appeal that attached several unredacted documents containing the Plaintiff's name. (Exhibit C) After Plaintiff's counsel contacted Defendant's counsel about the third violation of the order, Defendant's counsel assured the Plaintiff's counsel that it was taking "immediate steps" to remove the document from the court files. (*Id.*) On June 10th, Plaintiff's counsel informed Defendant's counsel that the unredacted documents remained in the court file. (*Id.*) Despite repeated requests by Plaintiff's counsel, (*Id.*) Defendant has not corrected the violation.

WHEREFORE, Plaintiff respectfully requests that this Court sanction the Defendant for its violation of the protective order, enter an order directing that the documents containing the Plaintiff's name be removed from the Court file, and for such other and further relief as this Court deems just and proper.

_____
Attorney for Plaintiff

H. Candace Gorman
Catherine Caporusso
GORMAN & CAPORUSSO
542 S. Dearborn St., Suite 1060
Chicago, IL 60605
(312) 427-2313

# GORMAN & CAPORUSSO
## ATTORNEYS AT LAW

H. CANDACE GORMAN
CATHERINE CAPORUSSO

MELISSA A. DUPÉE
OF COUNSEL

**VIA FACSIMILE**
986-9192

16 March 2004

Anthony J. Crement
Nora Fitzgerald
FRANCZEK SULLIVAN P.C.
300 S. Wacker
Suite 3400
Chicago, IL 60606

RE: *Doe v. Oberweis*

Dear Counsel:

We just received a copy of the Defendant's Motion to Compel with attachments, and you have attached four documents which contain the Plaintiff's first and last name, and two which contain her last name. Two of these documents provide the home phone numbers of current or former Oberweis employees, including the Plaintiff and other employees under the age of eighteen. We ask that you withdraw your motion immediately and refile it without the confidential information, or we will be forced to file a motion for sanctions for your violation of the protective order.

Also, I remind you that Gregory X. Gorman is with the firm of Gorman and Gorman, and Candace and I are with Gorman & Caporusso.

Very truly yours,

Catherine Caporusso



PLAINTIFF'S EXHIBIT A

PRINTERS ROW   542 SOUTH DEARBORN STREET   SUITE 1060   CHICAGO ILLINOIS 60605   312-427-2313

# FRANCZEK SULLIVAN P.C.
## ATTORNEYS AT LAW

ANTHONY J. CREMENT
312-786-6140
ajc@franczek.com

300 SOUTH WACKER DRIVE
SUITE 3400
CHICAGO, ILLINOIS 60606
PHONE 312-986-0300
FAX 312-986-9192
http://www.franczek.com

May 28, 2004

*dictated but not read*

**VIA FACSIMILE**

Catherine Caporusso, Esq.
Gorman & Caporusso
Suite 1060
542 South Dearborn
Chicago, Illinois 60605

    Re: Jane Doe v. Oberweis Dairy, Inc.,
        Case No. 03-C-4774

Dear Catherine:

In my haste in putting my Emergency Motion together yesterday, I failed to redact Jane Doe's proper name that appears on page 3 of Exhibit 2. We are correcting that oversight by making a new filing with the Court today.

The telephone number for the Target Store in Batavia is (630) 406-8152. Frankly, Mike McCarthy obtained the number by calling 411 after he learned that Ms. Stefan was training at the Batavia store. I have previously supplied you with Ms. Stephan's cell phone number.

Once again, I believe the address we supplied you on May 3 for Ms. Stephan is correct.

Very truly yours,

Anthony J. Crement

AJC/kr
cc: Mr. Robert Renaut

**PLAINTIFF'S EXHIBIT B**

243733.1

# GORMAN & CAPORUSSO
## ATTORNEYS AT LAW

H. CANDACE GORMAN
CATHERINE CAPORUSSO

MELISSA A. DUPÉE
OF COUNSEL

**VIA FACSIMILE**
986-9192

1 June 2004

Anthony J. Crement
FRANCZEK SULLIVAN P.C.
300 S. Wacker
Suite 3400
Chicago, IL 60606

RE: *Doe v. Oberweis*

Dear Counsel:

    This letter is a follow up to our conversation of today. For the third time now, you have violated the protective order by attaching a document to a court filing (your Response to the Plaintiff's Motion to Certify Issue for Appeal) that contains the Plaintiff's name. I again asked that you remove the document from the court file immediately, and you assured me that you would take care of it.

Very truly yours,

Catherine Caporusso



PLAINTIFF'S EXHIBIT C

PRINTERS ROW   542 SOUTH DEARBORN STREET   SUITE 1060   CHICAGO ILLINOIS 60605   312-427-2313

# FRANCZEK SULLIVAN P.C.
### ATTORNEYS AT LAW

ANTHONY J. CREMENT
312-786-6140
ajc@franczek.com

300 SOUTH WACKER DRIVE
SUITE 3400
CHICAGO, ILLINOIS 60606
PHONE 312-986-0300
FAX 312-986-9192
http://www.franczek.com

June 1, 2004

*dictated but
not read*

**VIA FACSIMILE**

Catherine Caporusso, Esq.
Gorman & Caporusso
Suite 1060
542 South Dearborn
Chicago, Illinois 60605

    Re: Jane Doe v. Oberweis Dairy, Inc.,
        Case No. 03-C-4774

Dear Catherine:

    I truly apologize for the error that was made in the filing which occurred this morning. Frankly, the EEOC used the name Jane Doe and/or Charging Party for the most part in the documents, and I that did not notice that Ms. Doe's formal name did appear in the second letter that was sent to your office. We are taking immediate steps to rectify the error.

                                Very truly yours,

                                Tony
                                Anthony J. Crement

AJC/kr
cc:   Mr. Robert Renaut

Celebrating 10 Years
1994 - 2004

243866.1

# GORMAN & CAPORUSSO
## ATTORNEYS AT LAW

H. CANDACE GORMAN  
CATHERINE CAPORUSSO

MELISSA A. DUPÉE  
OF COUNSEL

**VIA FACSIMILE**  
986-9192

10 June 2004

Anthony J. Crement  
Nora Fitzgerald  
FRANCZEK SULLIVAN P.C.  
300 S. Wacker  
Suite 3400  
Chicago, IL 60606

RE: *Doe v. Oberweis*

Dear Counsel:

We have checked the court file in this case, and despite your assurance to take "immediate steps" to rectify your third violation of the protective order, the copy of the Defendant's Response to the Plaintiff's Motion to Certify Issue for Appeal still contains the name of the Plaintiff in several attached documents. We ask that you immediately correct the violation.

Very truly yours,

Catherine Caporusso

# GORMAN & CAPORUSSO
## ATTORNEYS AT LAW

H. CANDACE GORMAN  
CATHERINE CAPORUSSO

MELISSA A. DUPÉE  
OF COUNSEL

**VIA FACSIMILE**  
986-9192

14 June 2004

Anthony J. Crement  
FRANCZEK SULLIVAN P.C.  
300 S. Wacker  
Suite 3400  
Chicago, IL 60606

RE: *Doe v. Oberweis*

Dear Counsel:

    Attached is a copy of a subpoena for Shawn Dillenbeck's rescheduled deposition. Please confirm today whether you have rectified your third violation of the protective order. I look forward to hearing from you by Wednesday regarding whether you also will be rectifying your violation of the judge's ruling on our motion to compel and your failure to provide us with a complete list of employees at the Bartlett store.

Very truly yours,

*Catherine Caporusso*  
Catherine Caporusso