IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 03 C 4774 |
| | ) |
| OBERWEIS DAIRY, | ) Judge Darrah |
| | ) Magistrate Nolan |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jane Doe, Defendant Oberweis Dairy, and Interveners Jane Roe and Jane Roe 2, through their undersigned counsel, hereby stipulate to the dismissal of the captioned action, with prejudice, pursuant to a private settlement and Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties will each bear their own costs and attorneys' fees, except as specified in their settlement agreement.

Respectfully submitted,

| JANE DOE, Plaintiff, and JANE ROE and JANE ROE 2, Interveners. | OBERWEIS DAIRY, Defendant. |
|---|---|
| By: _____ <br> One of Their Attorneys | By: _____ <br> One of Its Attorneys |
| H. Candace Gorman <br> Law Office of H. Candace Gorman <br> 220 South Halsted <br> Suite 200 <br> Chicago, Illinois 60661 | Anthony J. Crement <br> Edward N. Druck <br> William R. Pokorny <br> Franczek Sullivan P.C. <br> 300 South Wacker Drive, Suite 3400 <br> Chicago, IL 60606 <br> 312-986-0300 |

365942.5

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that she served the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** has been filed with the Clerk of the Court using the CM/ECF system and served on the following counsel of record on this 5th day of February, 2008:

> H. Candace Gorman, Esq.
> Law Office of H. Candace Gorman
> 220 South Halsted
> Suite 200
> Chicago, Illinois 60661
>
> Gregory X. Gorman
> Gorman & Gorman
> 220 South Halted
> Suite200
> Chicago, Illinois 60661

By /s/William R. Pokorny - 6275705
wrp@franczek.com

William R. Pokorny
wrp@franczek.com
FRANCZEK SULLIVAN P.C.
300 South Wacker Drive, Suite 3400
Chicago, IL 60606
(312) 986-0300

368887.1